**Order entered May 17, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00122-CV

### DELIGENT, LLC, Appellant

### V.

### GALAXY SOFTWARE SOLUTIONS, INC., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06357**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE